# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LEE HAMILTON<br>Dallas Cnty. Jail Book-In No. 210108868 | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-3051-S-BN |
| OFFICER BELL, et al. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case ("Initial FCR") [ECF No. 5]. Plaintiff filed an amended complaint and separate motion for leave to file an amended complaint. *See* ECF Nos. 8 & 9. The United States Magistrate Judge then supplemented his findings, conclusions, and recommendation ("Supplemental FCR") [ECF No. 10]. No objections were filed to either the Initial FCR or the Supplemental FCR. The District Court reviewed both for plain error. Finding none, the Court **ACCEPTS** the Initial FCR and the Supplemental FCR.

**SO ORDERED.**

SIGNED January 25, 2022.

_____
**UNITED STATES DISTRICT JUDGE**